*FILED*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2018 JAN 31  P 3: 54

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No. 1:17-mj- 52 |
| | ) |
| MICHAEL T. GAUSE | ) Initial Appearance: February 5, 2018 |

CRIMINAL INFORMATION

(Misdemeanor – 7088373/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 21, 2018, at Fort Myer, Virginia, within the special maritime

and territorial jurisdiction of the United States in the Eastern District of Virginia, the

defendant, MICHAEL T. GAUSE, did unlawfully, knowingly, and intentionally possess

marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

COUNT II – (Petty)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 20, 2018, at Fort Myer, Virginia, within the special maritime and

territorial jurisdiction of the United States in the Eastern District of Virginia, the

defendant, MICHAEL T. GAUSE did unlawfully drive a motor vehicle upon the highway

without a valid driver's license.

(In violation of Title 18, United States Code, Section 13 assimilating Section
46.2-300, Code of Virginia 1950, as
amended.)

<u>COUNT III – (Petty)</u>

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 20, 2018, at Fort Myer, Virginia, within the special maritime and

territorial jurisdiction of the United States in the Eastern District of Virginia, the

defendant, MICHAEL T. GAUSE, did unlawfully operate a motor vehicle without valid

license plates and decals assigned to it by the Department for the current registration

period.

   (In violation of 32 Code of Federal Regulations Section 634.25(f), adopting Section
46.2-613, Code of Virginia 1950, as
amended).

<u>COUNT IV – (Petty)</u>

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 20, 2018, at Fort Myer, Virginia, within the special maritime and

territorial jurisdiction of the United States in the Eastern District of Virginia, the

defendant, MICHAEL T. GAUSE, did unlawfully drive a motor vehicle upon the

highway without a valid inspection sticker on the windshield.

(In violation of Title 18, United States Code, Section 13 assimilating Section
46.2-1163, Code of Virginia 1950, as
amended.)

<u>COUNT V – (Petty)</u>

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 20, 2018, at Fort Myer, Virginia, within the special maritime and

territorial jurisdiction of the United States in the Eastern District of Virginia, the

defendant, MICHAEL T. GAUSE, did unlawfully, knowingly and willfully operate a

motor vehicle upon the highway without having in his possession his registration card

issued by the Department or the registration card issued by the state or country in which

the motor vehicle is registered.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Section
46.2-104, Code of Virginia 1950, as amended.)

TRACY D. McCORMICK
ACTING UNITED STATES ATTORNEY

By: _____
Bridget Karns
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3776
Fax (703) 805-1042
Bridget.karns@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, I mailed, a true and accurate copy of the

Criminal Information herein filed to MICHAEL T. GAUSE, 1505 Tanner Street Se,

Washington, DC 20020.

TRACY R. HERNANDEZ
Administrative Assistant